FILED
2008 MAR 19 PM 2:13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

UNITED STATES OF AMERICA,          )    Criminal Case No. '08 CR 0800 BEN
                                   )
            Plaintiff,             )    I N D I C T M E N T
                                   )
      v.                           )    Title 8, U.S.C., Secs. 1326(a)
                                   )    and (b) - Attempted Entry After
MARIO SAMANIEGO-CANTO,             )    Deportation
                                   )
            Defendant.             )
_____)

The grand jury charges:

On or about January 5, 2008, within the Southern District of California, defendant MARIO SAMANIEGO-CANTO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that

//

//

CJB:em:San Diego
3/18/08

was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant MARIO SAMANIEGO-CANTO was removed from the United States subsequent to February 28, 2006.

DATED: March 19, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney