1  **SARA M. PELOQUIN**
   California State Bar No.254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Email: sara_peloquin@fd.org

5  Attorneys for Mr. Samaniego-Canto

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ROGER T. BENITEZ)**

| | | |
|---|---|---|
| 11 UNITED STATES OF AMERICA, | ) | CASE NO. 08CR00800-BEN |
| | ) | |
| 12           Plaintiff, | ) | DATE: May19, 2008 |
| | ) | TIME:  2:00 p.m. |
| 13 v. | ) | |
| | ) | NOTICE OF MOTIONS AND MOTIONS TO: |
| 14 MARIO SAMANIEGO-CANTO, | ) | |
| | ) | 1)  COMPEL DISCOVERY AND PRESERVE EVIDENCE; |
| 15           Defendant. | ) | |
| | ) | 2)  DISMISS THE INDICTMENT; AND |
| 16 | ) | 3)  GRANT LEAVE TO FILE FURTHER MOTIONS |
| | ) | |
| 17 | ) | |
| | ) | |

18 TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY;
19      CHRISTINA MCCALL, ASSISTANT UNITED STATES ATTORNEY

20      **PLEASE TAKE NOTICE** that, on Monday, May 19, 2008, at 2:00 a.m., or as soon thereafter as

21 counsel may be heard, the accused, Mario Samaniego-Canto, by and through his attorneys, Sara M. Peloquin,

22 and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed

23 below.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

Mario Samaniego-Canto, the accused in this case, by and through his attorneys, Sara M. Peloquin, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an Order:

1) To Compel Further Discovery and Preserve Evidence;

2) Dismiss the Indictment; and

3) To Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

DATED: May 5, 2008                             */s/ Sara M. Peloquin*
                                               **SARA M. PELOQUIN**
                                               Federal Defenders of San Diego, Inc.
                                               Attorneys for Mario Samaniego-Canto