UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                                 )<br>            Plaintiff,              ) | Case No. 08CR00800-BEN |
| v.                                                          )<br>                                                                 )<br>MARIO SAMANIEGO-CANTO,        )<br>                                                                 )<br>            Defendant.          )<br>_____) | CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Christina McCall, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: May 5, 2008                              /s/Sara M. Peloquin
                                                                                           **SARA M. PELOQUIN**
                                                                                           Federal Defenders
                                                                                           225 Broadway, Suite 900
                                                                                           San Diego, CA 92101-5030
                                                                                           (619) 234-8467  (tel)
                                                                                           (619) 687-2666  (fax)
                                                                                           Email:sara_peloquin@fd.org