1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5030
   Telephone: (619) 234-8467
4  Fax: (619) 2342666
   Email: sara_peloquin@fd.org

6  Attorneys for Mr. Samaniego-Canto

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| UNITED STATES OF AMERICA, | ) | Crim No. 08-CR0800-BEN |
|---|---|---|
| Plaintiff, | ) | Date:  May 19, 2008 |
| | ) | Time:  2:00 p.m. |
| v. | ) | |
| | ) | **APPLICATION FOR ISSUANCE OF ORDER** |
| MARIO SAMANIEGO-CANTO, | ) | **ALLOWING FEDERAL DEFENDERS TO** |
| Defendant. | ) | **TAKE A PASSPORT PHOTO OF** |
| | ) | **MR. SAMANIEGO-CANTO** |

Mario Samaniego-Canto, by and through his counsel, Sara Peloquin and Federal Defenders of San Diego, Inc., hereby makes application for authorization for a Federal Defenders investigator to bring a camera and related equipment into the courthouse for the purpose of taking a passport photograph of Mr. Samaniego-Canto.

This application is based on the instant application and the following statement of facts.

//
//
//
//
//
//
//

1    08CR0800-BEN

**I.**

**STATEMENT OF FACTS**

1. My name is Sara M. Peloquin. I am an attorney appointed to represent Mr. Samaniego-Canto. I am fully familiar with the facts of this case.
2. Mr. Samaniego-Canto is charged with one count of illegal re-entry after deportation in violation of 8 U.S.C. §1326.
3. Mr. Samaniego-Canto may have a claim to United States Citizenship.
4. Mr. Samaniego-Canto will seek to have his claim to United States Citizenship adjudicated by filing an N-600 with the United States Citizenship and Immigration Service.
5. An N-600 form must be accompanied by passport photographs of Mr. Samaniego-Canto             .

                                                        Respectfully submitted,

Dated: May 15, 2008         */s/ Sara M. Peloquin*
                                      **SARA M. PELOQUIN**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Samaniego-Canto