UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARIO SAMANIEGO-CANTO, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 08-CR0800-BEN <br><br> CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Christina McCall, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: May 15, 2008                                            /s/Sara M. Peloquin
                                                                             **SARA M. PELOQUIN**
                                                                             Federal Defenders
                                                                             225 Broadway, Suite 900
                                                                             San Diego, CA 92101-5030
                                                                             (619) 234-8467  (tel)
                                                                             (619) 687-2666  (fax)
                                                                             Email:sara_peloquin@fd.org