

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>MARIO SAMANIEGO-CANTO,<br><br>　　　Defendant. | CASE NO. 08CR0800-BEN<br><br>DATE: May 19, 2008<br>TIME: 2:00 p.m.<br><br>[PROPOSED] ORDER ALLOWING FEDERAL DEFENDERS OF SAN DIEGO TO TAKE A PASSPORT PHOTO OF MR. SAMANIEGO-CANTO |

　　　Upon Application to the Court, by Mr. Samaniego-Canto, by and through his counsel, Sara M. Peloquin, and Federal Defenders of San Diego, Inc.,

　　　**IT IS HEREBY ORDERED** that a Federal Defender Investigator or his attorney be granted permission to bring a camera and related equipment into the Courthouse for the purpose of taking a passport photograph of Mr. Samaniego-Canto.

　　　**IT IS FURTHER ORDERED** that the United States Marshall's Service make Mr. Samaniego-Canto available to a Federal Defender Investigator or his attorney in order to take a passport photograph.

　　　**SO ORDERED.**

DATED: 5/19/08

HONORABLE ROGER T. BENITEZ
United States District Judge

08CR0800-BEN