# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 17 2008
CLERK
SOUTHERN DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 08CR0800-BEN |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MARIO SAMANIEGO-CANTO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) of: _8 USC 1326(a) AND (b) - Attempted Entry After Deportation_

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 17, 2008

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____