UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

MARIO SAMANIEGO-CANTO,

                Defendant.

CASE NO. 08CR0800-BEN

JUDGMENT OF DISMISSAL

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) of: 8 USC 1326(a) AND (b) - Attempted Entry After Deportation

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 17, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

I have executed within Judgment of dismissal
Judgement and Commitment on 7/21/08 ENTERED ON _____

United States Marshal
By: _____
USMS Criminal Section